UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60063-CIV-SMITH

LAURA RHOADES,

    Plaintiff,

vs.

HEALTH MANAGEMENT CORPORATION
OF AMERICA, *et al.*,

    Defendants.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Joint Motion for Approval of FLSA Settlement [DE 48], in which the Magistrate Judge recommends granting the parties' Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice [DE 47]. No objections have been filed. Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation on Joint Motion for Approval of FLSA Settlement [DE 48] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The parties' Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice [DE 47] is **GRANTED.**

3) All pending motions not otherwise ruled upon are **DENIED as moot.**

4) This case is **DISMISSED with prejudice.**

5) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 26th day of August, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record